UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAHMAN A. WHITAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:14-CV-1424-HEA |
| ) | |
| IAN WALLACE, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER, MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is unsigned. Rule 2(c)(5) of the Rules Governing § 2254 Petitions requires that all § 2254 petitions be signed under the penalty of perjury. As a result, the Court will order the Clerk to mail a copy of the petition to petitioner. Petitioner will be directed to sign and return the petition within thirty (30) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner a copy of his petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that petitioner must sign and return the petition to the Court within **thirty (30) days of the date of this Order**.

Dated this 26th day of August, 2014.

_____
**HENRY EDWARD AUTREY**
**UNITED STATES DISTRICT JUDGE**